MINSKY v. JACOBS. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by Louis Minsky against J. Randolph Jacobs. No opinion. Motion denied, with $10 costs. Order filed.

MOEST, Appellant, v. CONTINENTAL CASUALTY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by Mary Moest against the Continental Casualty Company. No opinion. Judgment (55 Misc. Rep. 128, 104 N. Y. Supp. 553) affirmed with costs.

MONTROSE, Respondent, v. POTTERTON et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Frederick Montrose, an infant, by George Montrose, his guardian ad litem, against John.H. Potterton and another, copartners, etc., impleaded with others. No opinion. Judgment and order unanimously affirmed, with costs.

MORAN, Appellant, v. BOARD OF EDUCATION OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Kate L. Moran against the board of education of New York. H. Thompson, for appellant. T. Connolly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MORCH, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by Thomas Morch against Elmer P. Smith. No opinion. Judgment and order affirmed, with costs.

MORGAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Terry G. Morgan against the city of New York. No opinion. Judgment affirmed, with costs.

MORRISON v. ANDREWS et al. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by Lewis J. Morrison against Edward L. Andrews and another. No opinion. Motion denied. Order filed.

MOTT, Respondent, v. MOTT, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Augustus Mott against Katharine S. Mott. No opinion. Motion to dismiss appeal denied, with costs.

MOTT et al., Appellants, v. MOTT, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Leon A. Mott and others against Emma H. Mott. No opinion. Motion to resettle order granted, without costs.

MULSTAY v. CARLIN et al. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Eugene J. Mulstay against Patrick J. Carlin and others. No opinion. Motion denied, on condition that the appellant have his case ready for argument at the December term. Order filed.

MULVEY, Respondent, v. FUCHS, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Peter Mulvey against Elenora Fuchs. No opinion. Judgment of the Municipal Court affirmed, with costs.

MUNRO, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Rilla Munro against the Brooklyn Heights Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice.

MURRAY, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1907.) Action by Margaret Murray against the New York City Railway Company. No opinion. Motion granted, with costs.

MURRAY, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Edward Murray against the New York City Railway Company. B. H. Ames, for appellant. N. W. Kerngood, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MURRAY, Respondent, v. NORTH RIVER ELECTRIC LIGHT & POWER CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Ellen E. Murray, as administratrix, against the North River Electric Light & Power Company and another. C. I. Taylor, for appellants. H. D. Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MUTUAL LIFE INS. CO., Respondent, v. RAYMOND et al., Appellants. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by the Mutual Life Insurance Company against Charles H. Raymond and another. D. McClure, for appellant. J. McKeen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NAUGHTON, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by John Naughton against the Interurban Street Railway Company. O. H. Droege, for appellant. C. F. Brown, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NEALE, Respondent, v. WALTER, Appellant. (Supreme Court, Appellate Division, Second Department. October 4 1907.) Action by